UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CJ INVESTMENT SERVICES, INC., ) | Case No.: 5:12-CV-00866 EJD |
| ) | |
| Plaintiff, ) | **ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PLAINTIFFS TO FILE STIPULATION FOR DISMISSAL OR MOTION TO DISMISS DEFENDANT UNITED STATES OF AMERICA** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL D. WILLIAMS, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | **(Re: Docket Nos. 5 and 6)** |

Based on the case management statements (ECF Nos. 5 and 6) filed on March 30, 2012, the court determines that the case management conference scheduled for April 6, 2012 is VACATED. Plaintiffs have informed the court that they intend to seek voluntary dismissal of the remaining claims against Defendant United States of America ("USA"). No later than May 4, 2012, Plaintiffs may file either a stipulation for dismissal or a motion to dismiss USA. If no stipulation or motion seeking to dismiss USA is filed by May 4, 2012, the parties shall notify the court of the need for a case management conference.

Dated: April 4, 2012

_____
EDWARD J. DAVILA
United States District Judge